Fill in this information to identify the case:

Debtor 1  Maria Catherine Polito

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the Northern District of Illinois
                                                                (State)

Case number  24-15058

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002. 1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 6968

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

■ No
□ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | Review of Plan 10/15/24 | (3) $ 350.00 |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | Proof of Claim 11/13/24 | (5) $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ |
| 11. Other. Specify: | | (11) $ |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Maria Catherine Polito
First Name   Middle Name   Last Name

Case Number (if known)  24-15058

## Part 2. Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Josephine J. Miceli
Signature

Date  12/17/2024

Print  Josephine J. Miceli
First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  Johnson, Blumberg & Associates, LLC

Address  30 N. LaSalle St., Suite 3650
Number   Street

Chicago, IL 60602
City   State   ZIP Code

Contact Phone  312-541-9710

Email  jo@johnsonblumberg.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Maria Catherine Polito

                Debtor

Bankruptcy No. 24-15058
Judge Donald R. Cassling
Chapter: 13

## CERTIFICATE OF SERVICE

TO:    Maria Catherine Polito, 2208 North 72nd Ct, Elmwood Park, IL 60707
Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603
David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076
Adam Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL 60604

I, Josephine J. Miceli an attorney, certify that I served the attached Notice of Postpetition Mortgage Fees, Expenses, and Charges by mailing a copy to the Debtor named above at the addresses listed above and by depositing the same in the U.S. Mail, first class, postage prepaid at 30 N. LaSalle St., Chicago, IL 60602 on December 17, 2024. The remaining parties were served by the CM/ECF electronic noticing system.

                                                    /s/ Josephine J. Miceli
                                                    Josephine J. Miceli, IL ARDC 6243494

Josephine J. Miceli
Johnson, Blumberg & Associates, LLC
30 N. LaSalle St., Suite 3650
Chicago, Illinois 60602
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE